AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

FILED
MAY 29 2018
U.S. DISTRICT COURT
FLINT, MICHIGAN

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 18-CR-20368 |
| D-2 SCOTT PHILLIP ZACK, ) | |
| ) | |
| _____ ) | |
| *Defendant* | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 5/29/18

*Defendant's signature*

*Signature of defendant's attorney*

BEN GONEK
~~CHRISTOPHER ANDREOFF~~
*Printed name of defendant's attorney*

*Judge's signature*

Stephanie Dawkins Davis, U.S. Magistrate Judge
*Judge's printed name and title*