UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                      Case No. 18-cr-20368
                                                      Hon. Matthew F. Leitman

v.

D2, SCOTT PHILLIP ZACK,

      Defendant.
_____/

### ORDER GRANTING DEFENDANT ZACK'S MOTION TO TRAVEL (ECF #36)

Defendant Zack has filed a motion for permission to travel to Europe with his family from August 14, 2018 to August 27, 2018.  The motion is **GRANTED**, and Zack may travel as requested in the motion (and only as requested in the motion). The assigned pre-trial services officer shall return Zack's passport to him by not later than August 10, 2018, and Zack shall return the passport to the pre-trial services officer by not later than the close of business on August 29, 2018.  In all other respects, all conditions of pre-trial release remain in full force and effect.

    **IT IS SO ORDERED.**

                            s/Matthew F. Leitman
                            MATTHEW F. LEITMAN
                            UNITED STATES DISTRICT JUDGE

Dated:  July 30, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 30, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764