UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,	Criminal Number: 18-cr-20368
                                              Hon. Matthew F. Leitman

vs.

D-2 SCOTT PHILLIP ZACK

    Defendant.

---

## ORDER TO PERMITTING DEFENDANT ZACK TO TRAVEL

Upon the Motion of Defendant Zack (D-2), and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant Scott Phillip Zack shall be allowed to leave the State of Michigan for the purposes of traveling to Nassau, Bahamas on November 18, 2018 and returning to Michigan on November 25, 2018; and travelling to Israel on December 21, 2018 and returning to Michigan on January 1, 2019.

**IT IS FURTHER ORDERED** that Pretrial Services will provide Scott Zack with his passport 24 hours before traveling to the Bahamas and Israel and Scott Zack will relinquish it to pretrial services 24 hours after returning from each trip.

**IT IS FURTHER ORDERED** that the remaining conditions of bond shall be in full force and effect.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 11, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 11, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764